| | |
|---|---|
| 1 | |
| 2 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO VILLASENOR, | ) | No. C 11-3662 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANT'S MOTION FOR |
| v. | ) | EXTENSION OF TIME; DENYING |
| | ) | PLAINTIFF'S MOTION FOR |
| MATTHEW CATE, | ) | EXTENSION OF TIME AS MOOT |
| | ) | |
| Defendant. | ) | (Docket Nos. 7, 9) |
| | ) | |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Secretary Matthew Cate.  Pending before the Court is Defendant's motion for an extension of time to file a dispositive motion.  Defendant's motion is granted.  His dispositive motion is due no later than **February 2, 2012**.  Plaintiff's opposition is due **thirty days** thereafter.  Defendant must file his reply within **fifteen days** of the filing date of Plaintiff's opposition.

Plaintiff has requested a motion for extension of time to file formal discovery.  However, on January 9, 2012, the parties stipulated to staying discovery until the Court resolves Defendant's dispositive motion, which has not yet been filed.  In light of the stipulation, Plaintiff's motion for an extension of time is denied as moot.

IT IS SO ORDERED.

DATED:   1/18/12

LUCY H. KOH
United States District Judge

Order Granting Defendant's Motion for Extension of Time; Denying Plaintiff's Motion for Extension of Time as Moot
G:\PRO-SE\SJ.LHK\CR.11\Villasenor662eot.wpd