1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11    FRANCISCO VILLASENOR,                    )    No. C 11-3662 LHK (PR)
                                               )
12              Plaintiff,                      )    ORDER GRANTING PLAINTIFF'S
                                               )    MOTION FOR RECONSIDERATION;
13       vs.                                    )    VACATING JUDGMENT; RE-
                                               )    OPENING CASE
14    MATTHEW CATE,                             )
                                               )    (Docket No. 23)
15              Defendant.                      )
                                               )
16    _____ )

17          Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983

18    against Defendant Matthew Cate, alleging that he was deliberately indifferent to Plaintiff's

19    serious medical needs.  On February 1, 2012, Defendant filed a motion to dismiss for failure to

20    exhaust.  Although given an opportunity, Plaintiff did not file an opposition.  On May 11, 2012,

21    the Court granted Defendant's motion to dismiss, concluding that Plaintiff failed to exhaust his

22    administrative remedies prior to filing his federal lawsuit.  On June 7, 2012, Plaintiff filed a

23    motion for reconsideration, alleging that he had been housed in administrative segregation from

24    December 22, 2011 through May 24, 2012, and, during that time, had no contact with his

25    property and no ability to contact this Court.

26          In light of the allegations in Plaintiff's motion, and in the interest of justice, the Court

27    GRANTS Plaintiff's motion for reconsideration, VACATES the judgment imposed on May 11,

28    2012, and RE-OPENS the case so that Plaintiff may have an opportunity to file an opposition to

Order Granting Plaintiff's Motion for Reconsideration; Vacating Judgment; Re-Opening Case
G:\PRO-SE\SJ.LHK\CR.11\Villasenor662recon.wpd

1   Defendant's motion to dismiss.  Plaintiff shall file the opposition within **twenty-eight (28) days**

2   of the filing date of this order.  Defendant shall file his reply **fourteen (14) days** thereafter.

3        IT IS SO ORDERED.

4   DATED:   6/26/12

    LUCY H. KOH
5   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Plaintiff's Motion for Reconsideration; Vacating Judgment; Re-Opening Case
G:\PRO-SE\SJ.LHK\CR.11\Villasenor662recon.wpd

2