1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO VILLASENOR,                )   No. C 11-3662 LHK (PR)
                                     )
            Plaintiff,               )   ORDER OF DISMISSAL
                                     )
   vs.                               )
                                     )
MATTHEW CATE,                        )
                                     )
            Defendant.               )
_____)

   Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983

against Defendant Matthew Cate, alleging that he was deliberately indifferent to Plaintiff's

serious medical needs.  On February 1, 2012, Defendant filed a motion to dismiss for failure to

exhaust.  Although given an opportunity, Plaintiff did not file an opposition.  On May 11, 2012,

the Court granted Defendant's motion to dismiss, concluding that Plaintiff failed to exhaust his

administrative remedies prior to filing his federal lawsuit.  On June 7, 2012, Plaintiff filed a

motion for reconsideration, alleging that he had been housed in administrative segregation from

December 22, 2011 through May 24, 2012, and, during that time, had no contact with his

property and no ability to contact this Court.

   On June 27, 2012, the Court granted Plaintiff's motion for reconsideration, vacated the

judgment, and re-opened this case.  The Court ordered Plaintiff to file an opposition to the

motion to dismiss within twenty-eight days.  More than twenty-eight days have now passed, and

1    Plaintiff has failed to file an opposition, or otherwise communicate with the Court.

2           Accordingly, for the reasons stated in its May 11, 2012 order granting Defendant's

3    motion to dismiss, the Court DISMISSES this action.  Judgment shall be entered in favor of

4    Defendant.

5           IT IS SO ORDERED.

6    DATED:  _Cwi wv'34.'4234_

7                                                    LUCY H. KOH
                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.11\Villasenor662dis.wpd