IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VILLASENOR,<br><br>      Plaintiff,<br><br>  vs.<br><br>MATTHEW CATE,<br><br>      Defendant. | No. C 11-3662 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION; VACATING JUDGMENT; RE-OPENING CASE<br><br>(Docket No. 28) |

      Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Defendant Matthew Cate, alleging that he was deliberately indifferent to Plaintiff's serious medical needs. On February 1, 2012, Defendant filed a motion to dismiss for failure to exhaust. Although given an opportunity, Plaintiff did not file an opposition. On May 11, 2012, the Court granted Defendant's motion to dismiss, concluding that Plaintiff failed to exhaust his administrative remedies prior to filing his federal lawsuit. On June 7, 2012, Plaintiff filed a motion for reconsideration, alleging that he had been housed in administrative segregation from December 22, 2011 through May 24, 2012, and, during that time, had no contact with his property, and no ability to contact this Court. On June 27, 2012, the Court granted Plaintiff's motion for reconsideration, re-opened this action, and ordered him to file an opposition to Defendant's motion to dismiss within 28 days. On August 12, 2012, after having received no further communication from Plaintiff, the Court again dismissed the action.

On August 30, 3012, Plaintiff filed a second motion for reconsideration. In this motion, Plaintiff avers that he mailed an opposition to the Court on July 18, 2012, and includes documents to support his assertion.

In light of the allegations in Plaintiff's motion, and in the interest of justice, the Court GRANTS Plaintiff's motion for reconsideration, VACATES the judgment imposed on August 12, 2012, and RE-OPENS the case so that Plaintiff may have an opportunity to file an opposition to Defendant's motion to dismiss.

Plaintiff shall file the opposition within **twenty-eight (28) days** of the filing date of this order. Defendant shall file his reply **fourteen (14) days** thereafter. **Failure to file a timely opposition will result in dismissal of this action for the reasons stated in this Court's May 11, 2012 order.**

IT IS SO ORDERED.

DATED: 10/22/12

LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Motion for Reconsideration; Vacating Judgment; Re-Opening Case
G:\PRO-SE\SJ.LHK\CR.11\Villasenor662recon2.wpd

2